# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHONIKA GOODLOW, ) | |
| ) | |
| Plaintiff, ) | Case: 1: 23−cv−00544 |
| ) | |
| v. ) | |
| ) | |
| C.H. ROBINSON INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated between Plaintiff, Shonika Goodlow, and Defendant, C.H. Robinson International, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed without prejudice and with leave to reinstate through May 31, 2023. After May 31, 2023, the dismissal shall become with prejudice, with each party shall bear its own attorney's fees, costs and expenses.

Dated: April 18, 2023

AGREED TO BY:

| **SHONIKA GOODLOW** | **C.H. ROBINSON INTERNATIONAL, INC.** |
|---|---|
| */s/ Chad W. Eisenback, Esq.* | */s/ Mark Wallin, Esq.* |
| Chad W. Eisenback, Esq. | Mark Wallin, Esq. |
| Nathan C. Volheim, Esq. | One N. Wacker Drive |
| Sulaiman Law Group, Ltd. | Suite 4400 |
| 2500 S. Highland Avenue, Suite 200 | Chicago, IL 60606-2833 |
| Lombard, IL 60148 | (312) 214-4591 |
| Phone (630) 575-8181 | MWallin@btlaw.com |
| ceisenback@sulaimanlaw.com | |
| nvolheim@sulaimanlaw.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

  I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                    *s/Chad W. Eisenback*
                    Chad W. Eisenback